NO. 07-04-0518-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

NOVEMBER 10, 2004
_____

JULIA MARTINEZ,

Appellant

v.

THE STATE OF TEXAS,

Appellee
_____

FROM THE 242nd DISTRICT COURT OF HALE COUNTY;

NO. B13405-9905; HON. ED SELF, PRESIDING
_____

***ON MOTION TO DISMISS***

_____

Before QUINN, REAVIS, and CAMPBELL, JJ.

Appellant Julia Martinez, by and through her attorney, has filed a motion to dismiss this appeal because she no longer desires to prosecute it. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Brian Quinn
Justice

Do not publish.